# Exhibit E

# Davis, Kayla M.

| | |
|---|---|
| **From:** | Wang, James S. |
| **Sent:** | Thursday, November 30, 2017 12:11 PM |
| **To:** | Davis, Kayla M. |
| **Subject:** | FW: Freedom of Information Act Request -- Mobile Biometric Devices and Applications |

Jim Wang (bio)
Associate
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Avenue, NW
Washington DC 20001-2113
Office +1.202.879.3814
Cell +1.202.308.0222
jwang@jonesday.com

---

**From:** FOIA [mailto:FOIA@HQ.DHS.GOV]
**Sent:** Wednesday, March 22, 2017 8:30 AM
**To:** 'James S Wang' <jwang@jonesday.com>
**Cc:** Scott M Levine <smlevine@JonesDay.com>
**Subject:** RE: Freedom of Information Act Request -- Mobile Biometric Devices and Applications

Good morning,

Thank you for contacting the Department of Homeland Security's Privacy Office.  **Please be advised that we do not open attachments for security purposes. Please resubmit your request with attachment in the body of email, via fax or USPS.**

This office is responsible for administering policies, programs, and procedures to ensure that the Department complies with the Freedom of Information Act (FOIA) and the Privacy Act (PA), 5 U.S.C. 552 and 5 U.S.C. 552a, respectively. For more information about the DHS Privacy Office, please click here: https://www.dhs.gov/topic/privacy.

This email account exists to facilitate FOIA requests that are properly made in accordance with the DHS FOIA regulations.  While PA requests may be sent via e-mail, no work will be done nor access provided to records until we receive either a notarized request or a signed statement made under 28 U.S.C. 1746.  If you have questions regarding what constitutes a properly made request, please refer to the regulations found at: http://www.dhs.gov/xlibrary/assets/FOIA_FedReg_Notice.pdf.

If your request is a properly made request, and you do not receive an acknowledgement letter within 15 business days, please send a follow-up email or call our office at 1-866-431-0486.  Please have the date and time you sent your email so that we may quickly reference it.

If your request is not a properly made request, this is the only response you will receive from us.  You may wish to consult one of the references below:

General FOIA Information

How to file a FOIA request -- http://www.dhs.gov/xfoia/editorial_0316.shtm

Frequently requested records -- http://www.dhs.gov/xfoia/editorial_0424.shtm

FOIA Contacts -- http://www.dhs.gov/xfoia/Copy_of_editorial_0318.shtm

Citizenship and Benefits Information

If you are seeking information or records pertaining to citizenship or immigration benefits, you should contact one of the following offices or programs within U.S. Citizenship and Immigration Services (USCIS):

--Immigration Case Status:

To check your immigration case status, visit www.uscis.gov and enter your immigration case number.  You may also contact the USCIS National Customer Service Center at 1-800-375-5283.

--Replacement Documents:

If you are simply trying to obtain a replacement copy of your naturalization certificate, the most efficient way to do so is to contact your local USCIS service center.  To obtain the necessary forms and a list of service centers, visit www.uscis.gov.

Identity Theft

If you are a victim of a telephone scam and paid money or gave your credit card account numbers, or any other financial information, to someone claiming to collect required taxes or duty on lottery winnings, you should contact Project Phone Busters at 1-888-495-8501 or www.phonebusters.com.

If you are a victim of identity theft, you can call the Federal Trade Commission's Identity Theft Hotline at 1-877-438-4338 or report it http://www.ftc.gov/bcp/edu/microsites/idtheft/ online.  If you believe someone is using your social security number, you can report it to the Social Security Administration Fraud Hotline at 1-800-269-0271.

DHS Equal Employment Opportunity (EEO) Program

If you have a question or need assistance with an EEO case, please call the EEO Customer service line at (202) 254-8250, or email at statusFA@hq.dhs.gov.

Complaints

To file a complaint against employees and/or officials of the Department of Homeland Security with the Office for Civil Rights and Civil Liberties, follow this link: https://www.dhs.gov/compliance-branch CRCL Compliance Branch.

To file a complaint with the Department of Homeland Security Office of Inspector General, follow this link: https://www.dhs.gov/office-inspector-general-foia-requests.

Reporting Suspicious Activity

To Report Incidents: https://www.dhs.gov/how-do-i/report-suspicious-activity

DHS Main Operator:  (202) 282-8000

DHS Tip Lines:

1-866-DHS-2ICE -- Illegal immigration or related activities that are under the purview of U.S. Immigration & Customs Enforcement (ICE)

1-877-9TUNNEL -- Information concerning underground passageways along the U.S./Mexican border

1-800-BE-ALERT -- Suspicious activity regarding customs or border issues that are under the purview of U.S. Customs and Border Protection (CBP)

1-800-THE-LOST -- Tips regarding exploited children or online predators, which fall under the purview of the National Center for Missing and Exploited Children (also alert local law enforcement)

1-866-720-5721 -- Cases of fraud involving the Federal Emergency Management Agency (FEMA)


DHS TRIP Program

The Department of Homeland Security's Travel Redress Inquiry Program (DHS TRIP) is a single point of contact for individuals who have inquiries or seek resolution regarding difficulties they experienced during their travel screening at transportation hubs--like airports and train stations--or crossing U.S. borders, including:  1) denied or delayed airline boarding; 2) denied or delayed entry into and exit from the U.S. at a port of entry or border checkpoint; or 3) continuously referred to additional (secondary) screening.  Individuals seeking to file an inquiry to have erroneous information corrected in DHS systems should contact DHS TRIP at trip@dhs.gov or visit www.dhs.gov/trip.

If you are requesting records pertaining to difficulties experienced during travel, we recommend consulting the DHS TRIP program first, as an alternative to filing a FOIA request, and if you are still interested in pursuing the request via the FOIA, submit the request directly to the component that would most likely have the records (CBP or TSA depending on the travel situation).

For further information, please visit www.dhs.gov/trip.

Regards,

The Privacy Office
U.S. Department of Homeland Security
245 Murray Lane SW
STOP-0655
Washington, D.C. 20528-0655
Phone: 202-343-1743 or 866-431-0486
Fax: 202-343-4011
E-mail: foia@hq.dhs.gov
Visit our   FOIA website



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly

prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.  Thank you.


**From:** James S Wang [mailto:jwang@jonesday.com]
**Sent:** Friday, March 17, 2017 10:30 AM
**To:** FOIA <FOIA@HQ.DHS.GOV>
**Cc:** Scott M Levine <smlevine@JonesDay.com>
**Subject:** Freedom of Information Act Request -- Mobile Biometric Devices and Applications

Dear Sir or Madam,

On behalf of Scott M. Levine of the law firm Jones Day, attached please find a request to the U.S. Department of Homeland Security Office for Civil Rights and Civil Liberties pursuant to the Freedom of Information Act, 5 U.S.C. 552.

Thank you.



Jim Wang (bio)
Associate
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Avenue, NW
Washington DC 20001-2113
Office +1.202.879.3814
Cell +1.202.308.0222
jwang@jonesday.com



==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========