UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD**<br>14 Beacon St., Suite 602<br>Boston, MA 02108,<br><br>     **Plaintiff,**<br><br>     v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**,<br>500 12th Street S.W., Stop 5009<br>Washington, DC 20536-5009, and<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**,<br>245 Murray Lane SW<br>Washington, DC 20528,<br><br>     **Defendants.** | **Case No. 1:17-cv-2596**<br><br>Freedom of Information Act,<br>5 U.S.C. § 552 |

## JOINT STATUS REPORT

  Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and defendants U.S. Immigration and Customs Enforcement ("ICE") and United States Department of Homeland Security ("DHS") (collectively, "Defendants") met and conferred and agreed to submit this Joint Status Report to the Court.

  The parties discussed the current status of production and are currently working to narrow issues concerning outstanding documents.  The parties will file a further Joint Status Report on January 7, 2019.

Dated: December 18, 2018

                                                          Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU, DC Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, DC Bar #924092<br>Chief, Civil Division<br><br>By: */s/* Benton Peterson_____<br>    BENTON PETERSON  Bar #1029849<br>    Assistant United States Attorney<br>    555 4th Street, N.W.<br>    Washington, DC  20530<br>    (202) 252-2534<br><br>*Attorneys for Defendants* | */s/* Cormac Early_____<br>Cormac A. Early<br>DC Bar No. 1033835<br>cearly@jonesday.com<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001<br>Telephone: +1.202.879.3939<br>Facsimile: +1.202.626.17000<br><br>*Attorneys for Plaintiff* |