UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD**<br>14 Beacon St., Suite 602<br>Boston, MA 02108,<br><br>    **Plaintiff,**<br><br>  v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**,<br>500 12th Street S.W., Stop 5009<br>Washington, DC 20536-5009, and<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**,<br>245 Murray Lane SW<br>Washington, DC 20528,<br><br>    **Defendants.** | **Case No. 1:17-cv-2596**<br><br>Freedom of Information Act,<br>5 U.S.C. § 552 |

## PLAINTIFF'S STATUS REPORT

  Plaintiff National Immigration Project of the National Lawyers Guild submits the following Status Report in accordance with the Court's Order of December 4, 2018.  Dkt. 14.  Plaintiff believes that further responsive documents remain to be produced.  However, Plaintiff has been unable to confer with counsel for Defendants, because he is out of the office due to the lapse in appropriations.

Dated: January 8, 2019

                Respectfully submitted,

                */s/* Cormac Early_____
                Cormac Early
                DC Bar No. 1033835
                cearly@jonesday.com
                JONES DAY
                51 Louisiana Ave., N.W.
                Washington, DC 20001
                Telephone: +1.202.879.3939
                Facsimile: +1.202.626.1700

                C. Kevin Marshall
                DC Bar No. 476266
                ckmarshall@jonesday.com
                JONES DAY
                51 Louisiana Ave., N.W.
                Washington, DC 20001
                Telephone: +1.202.879.3939
                Facsimile: +1.202.626.1700

                *Attorneys for Plaintiff*