UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 17-2596 (RCL) |

## STATUS REPORT

Counsel for Defendants U.S. Immigration and Customs Enforcement ("ICE") and United States Department of Homeland Security ("DHS") (collectively, "Defendants") file this status report to update the Court of the current status of matter.[1]

Plaintiff has filed a separate status report noting that ICE did not provide an updated *Vaughn* index and supplemental production which was anticipated last week. When undersigned

---

[1] Counsel for Defendants regrets that counsel for all parties did not confer by telephone in advance of this filing to provide this information to the Court jointly and to resolve Plaintiff's dissatisfaction with the production of materials. Counsel for Defendants noted only after Plaintiff's filed a status report that he had received email correspondence from Plaintiff's counsel raising concerns in the case. He regrets that he did not identify Plaintiff's concerns earlier, when they could have been more readily resolved without the need to trouble the Court. Specifically, counsel for Defendants did not recognize that ICE was intending the undersigned Assistant United States Attorney ("AUSA") to forward the materials that Plaintiff was anticipating; and the AUSA was called upon to devote a significant part of his time last week to an unrelated matter that involved a hearing to resolve an emergency motion seeking a temporary restraining order and preliminary injunction. Counsel was also required to complete discovery in an unrelated employment discrimination action as well as to make thirteen other filings last week.

counsel saw the filing, he reviewed his emails and saw that he had copies of the materials that ICE had intended undersigned counsel to deliver to counsel for Plaintiff.  The materials provided by ICE have now been emailed to counsel for Plaintiff.  The undersigned AUSA regrets the delay and intended no disrespect to counsel for Plaintiff or to the Court.

    Dated:  December 11, 2019

                              Respectfully submitted,


                              JESSIE K. LIU, DC Bar #472845
                              United States Attorney


                              DANIEL F. VAN HORN, DC Bar #924092
                              Chief, Civil Division


By: _____/s/
     W. MARK NEBEKER, DC Bar #396739
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, DC  20530
     (202) 252-2536
     mark.nebeker@usdoj.gov