UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD<br><br>**Plaintiff,**<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>**Defendants.** | Civil Action No. 1:17-cv-2596-RCL |

**JOINT STATUS REPORT**

Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security (collectively, "Defendants") have conferred and provide this joint status report per the Court's January 2, 2020, Minute Order.

On December 11, 2019, counsel for Defendants sent Plaintiff a production of documents with fewer redactions (to address concerns that Plaintiff had raised) and a revised Vaughn index (to resolve omissions from its previous index). Defendants represent that the production and revised Vaughn index provide their explanation for each redaction that remains at issue, all of which involve FOIA Exemptions 5 and 7(E), 5 U.S.C. § 552(b)(5) and (7)(E).

Plaintiff is reviewing the submissions to determine what issues remain to be addressed through dispositive motions or otherwise. The parties intend to continue their communications to further resolve issues without the need for the Court's involvement. Thus, they propose to file

another joint status report on March 4, 2020, advising the Court on the issues that remain to be litigated.

Dated:  January 13, 2020

                                Respectfully Submitted,

| | |
|---|---|
| JESSIE K. LIU, DC Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, DC Bar #924092<br>Chief, Civil Division<br><br>By:                            /s/<br>W. MARK NEBEKER, DC Bar #396739<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, DC 20530<br>(202) 252-2536<br>mark.nebeker@usdoj.gov<br><br>*Attorneys for Defendants* | /s/  Kayla Davis<br>C. Kevin Marshall, DC Bar No. 476266<br>ckmarshall@jonesday.com<br>Kayla Davis, DC Bar No. 176873<br>      kayladavis@jonesday.com<br>JONES DAY<br>51 Louisiana Ave N.W.<br> Washington, D.C. 20001<br>Telephone:  +1.202.879.3939<br>Facsimile:  +1.202.626.1700<br><br>*Attorneys for Plaintiff* |