UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Civil Action No. 17-2596 (RCL) |

**JOINT STATUS REPORT**

Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security (collectively, "Defendants") have conferred and provide this joint status report per the Court's January 14, 2020, Minute Order.

Plaintiff has reviewed Defendants' revised production of documents that contain Defendants' explanation for certain redactions involving FOIA Exemptions 5 and 7(E), 5 U.S.C. § 552(b)(5) and (7)(E).  Plaintiff is in the process of assessing the Vaughn index entries spanning over 2,500 pages and will notify Defendants of what issues Plaintiff has determined remain to be addressed through dispositive motions or otherwise.  The parties intend to continue their communications to further resolve issues without the need for the Court's involvement.  Thus, they propose to file another joint status report on May 4, 2020, advising the Court on the issues that remain to be litigated.

Dated: March 4, 2020

Respectfully Submitted,

| | |
|---|---|
| TIMOTHY J. SHEA, DC Bar #437437<br>United States Attorney<br><br>DANIEL F. VAN HORN, DC Bar #924092<br>Chief, Civil Division<br><br>By: /s/ Robert A. Caplen<br>Robert A. Caplen, DC Bar #501480<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, DC 20530<br>(202) 252-2523<br>robert.caplen@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ Kayla Davis<br>C. Kevin Marshall, DC Bar No. 476266<br>ckmarshall@jonesday.com<br>Kayla Davis, DC Bar No. 176873<br>kayladavis@jonesday.com<br>JONES DAY<br>51 Louisiana Ave N.W.<br>Washington, D.C. 20001<br>Telephone: +1.202.879.3939<br>Facsimile: +1.202.626.1700<br><br>*Attorneys for Plaintiff* |