UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-2596-RCL |

## JOINT STATUS REPORT

Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security (collectively, "Defendants") have conferred and provide this joint status report per the Court's March 18, 2020, Minute Order.

Plaintiff has finished assessing the Defendants' Vaughn index entries spanning over 2,500 pages. Plaintiff intends to challenge certain redactions involving FOIA Exemptions 5 and 7(E), 5 U.S.C. §552(b)(5) and (7)(E). Plaintiff is notifying the Defendants of the specific Vaughn index entries it intends to challenge through dispositive motions or otherwise. The parties intend to continue their communications to further resolve issues without the need for the Court's involvement. Thus, they propose to file another joint status report on June 30, 2020, advising the Court on the issues that remain to be litigated.

Dated:  May 4, 2020

TIMOTHY J. SHEA, DC Bar #437437
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: /s/ Robert A. Caplen
Robert A. Caplen, DC Bar #501480
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

/s/  Kayla Davis
C. Kevin Marshall, DC Bar No. 476266
ckmarshall@jonesday.com
Kayla Davis, DC Bar No. 176873
kayladavis@jonesday.com
JONES DAY
51 Louisiana Ave N.W.
Washington, D.C. 20001
Telephone:  +1.202.879.3939
Facsimile:  +1.202.626.1700

*Attorneys for Plaintiff*