UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-2596 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security (collectively, "Defendants") have conferred and provide this joint status report per the Court's May 30, 2020, Minute Order.

Plaintiff recently finished assessing Defendants' *Vaughn* index entries spanning over 2,500 pages. Plaintiff intends to challenge certain redactions involving FOIA Exemptions 5 and 7(E), 5 U.S.C. § 552(b)(5), (7)(E). Plaintiff also intends to notify Defendants of the specific *Vaughn* index entries it intends to challenge through dispositive motions or otherwise but Plaintiff requires additional time to do so. Once Plaintiff identifies the entries it intends to challenge, Defendants will require time to review Plaintiff's submission. The parties intend to continue their communications to further resolve issues without the need for the Court's involvement.

Given travel and leave schedules in August, as well as defense counsel's preparations for a five-day jury trial that is scheduled to begin in late August, the parties propose filing another


joint status report by September 18, 2020, advising the Court on the issues that remain to be litigated.

Dated: June 30, 2020                    Respectfully submitted,

/s/ Kayla Davis
C. Kevin Marshall, D.C. Bar No. 476266
ckmarshall@jonesday.com
Kayla Davis, D.C. Bar No. 176873
kayladavis@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendants*