UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-2596 (RCL) |

## JOINT STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff National Immigration Project of the National Lawyers Guild ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security (collectively, "Defendants"), stipulate to dismissal with prejudice of all claims in this case, subject to the following:

1. Each party shall bear its own attorneys' fees.

2. Each party shall bear its own costs.

3. The Clerk of the Court shall CLOSE this case.

*[Signatures of Counsel appear on following page]*

Dated:  September  18, 2020               Respectfully submitted,

/s/ *Kayla M. Davis*
C. Kevin Marshall, D.C. Bar No. 476266
ckmarshall@jonesday.com
Kayla M. Davis, D.C. Bar No. 176873
kayladavis@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

*Counsel for Plaintiff*


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/ *Robert A. Caplen*
ROBERT A. CAPLEN, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Kayla M. Davis*
Kayla M. Davis